UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
CIVIL ACTION NO. 5:07CV-P212-R

TIMOTHY D. ROUSE                                                                                    PETITIONER

v.

THOMAS SIMPSON, WARDEN                                                                RESPONDENT

## MEMORANDUM AND ORDER

Petitioner Timothy D. Rouse filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his Fulton Circuit Court conviction (No. 06-CR-00013) entered August 29, 2007.  Recently, Petitioner filed a motion to dismiss the instant case (DN 9).[1]  Petitioner advises that his criminal action is currently pending on direct appeal (No. 2007-CA-002020) and that a Rule 11.42 motion is pending before the Fulton Circuit Court.  For these reasons, Petitioner seeks dismissal of his § 2254 action for failure to exhaust available state-court remedies.

Upon review of the petition and the instant motion, **IT IS ORDERED** that Petitioner's motion to dismiss the instant § 2254 action (DN 9) is **GRANTED**.  The instant action will be dismissed without prejudice by separate Order for failure to exhaust available state-court remedies.

Date:

cc:   Petitioner, *pro se*
      Attorney General, Commonwealth of Kentucky, Office of Criminal Appeals, 1024 Capital Center Drive, Frankfort, KY 40601
4413.005

---

[1] Petitioner actually filed a document styled "motion to dismiss case and all further pending case's" in Civil Action No. 5:08CV-P67-R, another § 2254 habeas case.  By Order entered August 25, 2008, the Court granted the motion to dismiss in that case and directed the Clerk of Court to file the motion to dismiss in each of Petitioner's pending § 2254 cases, including the instant case, for the Court's consideration.